David PORTING, Claimant/Appellant,

v.

TREASURER OF THE STATE of Missouri, as Custodian of the Second Injury Fund, Additional Party/Respondent.

Nos. ED 95160, ED 95161.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 15, 2011.

James J. Logan, McMichael & Logan, Kirkwood, MO, for appellant.

Chris Koster, Attorney General, Barbara L. Toepke, Assistant Attorney General, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J., and GEORGE W. DRAPER III, J.

## *ORDER*

PER CURIAM.

In this consolidated appeal, claimant appeals from two final awards of the Labor and Industrial Relations Commission, each affirming a separate award of the Adminis-

trative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).